App. Div.]                    Third Department, September, 1926.

In the Matter of the Claim of JAMES NASH, Respondent, v. BOOTH & CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of PATSY NORCIA, Respondent, v. WELLS ARCHITECTURAL IRON COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant did not suffer a serious facial disfigurement. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLISLE R. CHERRY and Others, as Trustees of School District No. 3, Town of Tonawanda, Erie County, New York, and WICKWIRE SPENCER STEEL CO., INC., Relators, v. FRANK P. GRAVES, as Commissioner of Education of the State of New York, and FRANK B. GILBERT, as Acting Commissioner of Education, and Others, Respondents. (No. 1.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLISLE R. CHERRY and Others, as Trustees of School District No. 3, Town of Tonawanda, Erie County, New York, and WICKWIRE SPENCER STEEL CO., INC., Relators, v. FRANK P. GRAVES, as Commissioner of Education of the State of New York, and Others, Respondents.— Motion to dismiss certiorari proceedings denied, with ten dollars costs. Motion to consolidate the proceedings, and to direct a further return, as prayed for, granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Appellant, v. STATE TAX COMMISSION, Respondent. (CITY OF NEWBURGH, 1925.)— Order affirmed, with ten dollars costs and disbursements. All concur, except McCann, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MASONIC HALL ASSOCIATION OF SARATOGA SPRINGS, N. Y., Appellant, v. JAMES B. WHITE, as Commissioner of Accounts, Assessor and City Clerk of the City of Saratoga Springs, N. Y., and CLARENCE H. KNAPP and Others, Comprising the City Council of the City of Saratoga Springs, N. Y., Respondents.— Motion for leave to appeal to the Court of Appeals granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. MCGRATH and Others, Relators, v. GEORGE WEISS and Others, Constituting the Town Board of the Town of Rockland, Sullivan County, Respondents.— Motion denied.

In the Matter of the Claim of CATALDO PISUCCHIO, Respondent, v. F. C. LINDE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no proof that claimant received an injury which arose out of and in the course of the employment. All concur.

In the Matter of the Claim of JACOB POSNER, Respondent, v. TIFFIN PRODUCTS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of GUISEPPE PRESTIGRANCCO, Respondent, v. T. A. CLARK & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOHN G. PROBE, Respondent, v. A. S. PETTIT & SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.